**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-1879**

---

NATHANAEL HARSY,

        Plaintiff - Appellant,

    v.

MID-AMERICA APARTMENT COMMUNITIES, INC.; MID-AMERICA APARTMENTS, L.P.; MIDWAY SERVICES, INC.,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:17-cv-00087-LO-JFA)

---

Submitted: November 21, 2017              Decided: November 27, 2017

---

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Nathanael Harsy, Appellant Pro Se. Laura W. Hays, LYNCH, CORNETT, HAYES & SELI, P.C., Richmond, Virginia; David Patrick Corrigan, Melissa Yvonne York, HARMAN CLAYTOR CORRIGAN & WELLMAN, P.C., Glen Allen, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathanael Harsy seeks to appeal the district court's order dismissing as without merit his civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 23, 2017. Harsy filed the notice of appeal on July 25, 2017. Because Harsy failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2